IN THE U.S. DIST. CT.
MINNEAPOLIS, MN.

U.S. ATTORNEY FOR MINNESOTA
AND
ROBERT COTNER,
PLAINTIFF'S
-V-

UNKNOWN AND KNOWN
TERRIOST AND ORGANIZED
CRIME MEMBERS, SOME
LISTED HEREIN.
DEFENDANTS.

NO:

RECEIVED
BY MAIL
MAR 10 2017
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

SCANNED
MAR 10 2017
U.S. DISTRICT COURT MPLS

## R.I.C.O./QUI-TAM-ACTION ON NATIONAL-SECURITY
## 18-U.S.C. §1512 - NOTICE

DEFENDANTS, IN A **MULTI**-DISTRICT, **MULTI**-JURISDICTIONAL, TERROISTIC CRIMINAL RACKETEERING ORGANIZED CRIME CONSPIRACY, AND NUMBER OF CRIMINAL ACTS, HAS DEFRAUDED THE THE MINNESOTA FEDERAL BRANCHS OF THE UNITED STATES GOVERNMENT, OUT OF MORE THAN $1-BILLION DOLLARS, AND HAVE, AND ARE ENGAGED IN CRIMINAL AND TERRIOST ACTS IN MINNESOTA AND CALIFORNIA, WHERE THEY HAVE DEFRAUDED FEDERAL BRANCHS OF THE U.S., OUT OF ANOTHER $1-BILLION DOLLARS IN CALIF. AS-WELL, AND ARE ACTIVLY ENGAGED IN R.I.C.O./TERRIOST ACTS, IN THOSE, AND OTHER, STATES.

DEFENDANTS AND THEIR KNOWN OKLAHOMA CO-CONSPIRATORS AND AGENTS, HAVE AND ARE VIOLATING 18 U.S.C §1512 (A)(1)-C, AND (A)(2)-B, (1)(2)-A-D, AND (3) AND MURDERING LAW ENFORCEMENT MEMBERS AND OTHERS IN MINNESOTA, CALIFORNIA, TEXAS, AND OTHER STATES, WHILE STOCKPILING POSION GAS, WEAPONS, AND EXPLOSIVES, AND ARE ENGAGED IN A PLOT TO MURDER 3-FEDERAL JUDGES, SEVERAL FEDERAL EMPLOYEES, THEIR FAMILY MEMBERS, 100'S OF CIVILIANS, AND SABATOGE WATER, ELECTRICAL, OIL FACILITIES AND MILITARY BASES THERE.

### PLAINTIFF/WITNESS - COTNER

COTNER IS WILLING TO CONFESS TO HIS UNSOLVED CRIMES, AS HE IS A VETERAN, A FORMER DEPUTY SHERIFF IN TULSA AND CREEK COUNTYS IN OKLA., A FORMER ASSASSIAN FOR ORGANIZED CRIME FAMILES AND MEMBERS, SOME OF THE DEFENDANTS, AND IS A FORMER 9 YEAR MEMBER OF THE AMERICAN FEDERATION OF POLICE, A FORMER 9 YEAR MEMBER OF THE AMERICAN AND OKLA. CORRECTIONAL ASSOCIATIONS, A LICENSED PRIVATE INVESTIGATOR FOR 12 YEARS - PRESENTLY LIVING AT THE JOE HARP CORR. FACILITY, A-2-120, P.O. BOX 548, LEXINGTON, OKLA. 73051, WHERE ORGANIZED CRIME AGENTS OF THE DEFENDANTS SEIZE AND DESTROY ALL HIS MAIL TO LAW-ENFORCEMENT AND GOVERNMENT OFFICIALS, AND AGENCIES, WHERE HE SENT ADVANCE WARNINGS OF POLICE BEING SHOT, BOMBS, AND HE ATTEMPTED TO CONFESS HIS MURDERS, DRUG AND HUMAN TRAFFICING, AND SABATOGE WORK FOR BOTH ORGANIZED CRIME MEMBERS, AND DEFENDANTS IN THIS CASE.

DEFENDANTS CONTROL **ALL** FEDERAL COURTS AND AGENTS IN OKLA.; THEIR AGENTS WERE PROVEN IN COURT TO HAVE ATTEMPTED TO MURDER COTNER (3) TIMES, TO TRY AND PREVENT THIS ACTION BEING FILED, SINCE 2014.

COTNER AND HIS STEP BROTHER STEVIE MCLELLAN WERE RAISED IN ORGANIZED CRIME, COTNER WAS A PRIVATE INVESTIGATOR AND MCLELLAN WAS A PAID MOLE, THEY DID CONTRACT MURDERS ALL OVER OVER THE U.S., USUALY MAKING THEM LOOK LIKE "NATURAL" CAUSES, OR ACCIDENTS; WHILE THEY PROTECTED ORGANIZED CRIME ENTERPRISES NATION-WIDE.

AFTER DEFENDANTS MURDERED COTNER'S HALF-BROTHER, SCOTT RAY MOORE IN OKMULGEE, OKLA. IN NOV. 2016 IN THEIR ATTEMPT TO GET (2) ARMY FOOT LOCKERS OF DOCUMENTS, VIDEOS AND EVIDENCE SHOWING "NATURAL" DISASTERS, AND MURDERS IN CALIFORNIA, MINNESOTA, AND OTHER STATES WITHIN THE LAST 10 YEARS, AND DETAILS OF ANTI-GOVERNMENT TERROIST ACTS, (AND PLOT) TO KILL FEDERAL JUDGES, MILITARY, EMPLOYEES, POLITIANS, AND RECORDS OF COTNERS 1964 TO 1992 CONTRACTS, AND DEFENDANTS CRIMINAL ACTS FROM 1992 TO NOV. 2016.

THEY FAILED TO GET THEM, AS SCOTT MOORES GIRLFRIEND HAD HIDDEN THEM IN ANOTHER STATE, BECAUSE THEY ALSO DETAILED THE FRAUDS INVOLVED.

PAGE - ONE

to: State Dept of Health
1000 W.E. 10th Street
Okla. City, Okla.
73117

12/23/16

THAT PLAINTIFF, ONLY A SHORT SUMMARY, TOO MANY DETAILS GIVEN OUT-SIDE AN IN CAMERA HEARING, WOULD TIP THE DEFENDANTS AND GET COTNER AND OTHERS KILLED IMMEDIATLY.

ADDITIONAL-JURISPRETION

| | | | |
|---|---|---|---|
| 18 U.S.C. § 201 | 18 U.S.C. § 208 | 18 U.S.C. § 371 | 18 U.S.C. § 1001 |
| 18 U.S.C. § 1341 | 18 U.S.C. § 1343 | 18 U.S.C. § 1349 | 28 U.S.C. § 1505 |
| 18 U.S.C. § 1519 | 18 U.S.C. § 1621 | 18 U.S.C. § 1905 | 18 U.S.C. § 1924 |
| 18 U.S.C. § 2071 | 18 U.S.C. § 7201 | 42 U.S.C. § 1985 ET. SEQ. | |

THE GOVERNOR OF OKLA. WAS MADE AWARE OF THESE FACTS AND SHE RETALIATED BY ORDERING ALL STATE AND FEDERAL COURTS TO DENY HABEAS-CORPUS, AND CIVIL SUIT ACCESS TO ANY COURT, THEN SHE REFUSED TO CONSIDER COTNER FOR PAROLE OR COMMUTATION.

SO

DEFENDANT ONE IS MRS. K. BROWN WHO'S HUSBAND IS A KNOWN DRUG DEALER THAT ASSIST DRUG CARTELS-WEARHOUSE ILLEGAL DRUGS IN OKLA. STATE PRISONS, UNTIL THE FORMER PRISONERS AND GANG MEMBERS CAN TRANSPORT THEM TO MINNESOTA AND 11 OTHER STATES, THAT K. BROWN TRAINED THEM FOR WHILE THEY WERE IN PRISON. SHE IS THE JOE HARP CORR. CENT. MAIL ROOM SUPERVISOR, WHO PROTECTS THE LOCAL PART OF THE OPERATION, BY SEIZING, AND DESTROYING MAIL TO LAW-ENFORCEMENT, COURTS, JUDGES, POLITITIONS, CHURCHS, AND NEWS MEDIA.

SHE HAD STATE PRISONER WISNER'S OCT 2016 MURDER ON J.H.C.C. E-UNIT, BY 3 PRISON GANG MEMBERS THAT SELL DRUGS FOR HER IN PRISON, BECAUSE; WISNER SIGNED AN AFFIDAVIT OF HIS OVER-HEARING K. BROWN, MS. SHAW AND THE MEMBERS OF THE PRISON LITERARY COMMITTEE DISCUSSION OF A PLOT THEY ARE INVOLVED IN, TO KILL SOME MINNESOTA, AND OTHER STATE, FEDERAL POLITITIONS, LAW ENFORCEMENT, THE DATES OF DELIVERY AND LOCATIONS OF POISON GAS, EXPLOSIVES AND WEAPONS TO MINN. AND SOME OTHER STATES, ALONG WITH WEEKLY DRUG SHIPMENT. (OKLA STATE PRISON WARDEN BEAR, AND DEPUTY-WARDEN DILLON PROTECT K. BROWN, AND THE COMMITTEE). 3 PRISONERS BEAT WISNER TO DEATH, DEFENDANTS ARE COVERING IT UP.

A BLACK PRISON KITCHEN WORKER GAVE A COMPUTER DISC TO AN OKLA F.B.I. AGENT, SHOWING $780 MILLION IN CARTEL DRUGS STORED AT THE PRISON FOR SHIPMENT TO MINNESOTA, AND RECORDS OF $200,000 IN PRISON FUNDS BEING STOLEN, AND CONTAINING DETAILS OF PRISONERS WORKING IN PRISON INDUSTRY PHONE AND COMPUTER SCAMS FOR DEFENDANTS TAKING MILLIONS OF DOLLARS A WEEK FROM MINN. AND OTHER STATES THROUGH FRAUDS. THIS BLACK PRISON EMPLOYEE WAS DEAD THE NEXT DAY FROM "UNKNOWN CAUSES".

BEFORE HE WAS MURDERED, (BOTH IN 2016) A PRISON MAINTANCE WORKER COMMITTED SUISIDE THE DAY AFTER HE GAVE A BOX OF DOCUMENTS, VIDEOS, COMPUTER DISC DETAILING THE DRUG BUSINESS, THEFT OF MUNITIONS RECORDED AS "SHOT", THE NAMES, DATES AND DETAILS OF THE RACIEST PLOT TO MURDER LAW-ENFORCEMENT, DELIVERY OF POISON GAS, EXPLOSIVES AND WATER, ELECTRIC AND OIL PIPE LINE AND RAIL ROAD ATTACKS BEING SET UP IN MINN. AND OTHER STATES BREAK DOWN INCLUDING BANK ACCOUNTS WHERE $2.9 BILLION IN FUNDS DEFRAUDED FROM THE U.S. GOVERNMENT CAN BE FOUND.

FOR NATIONAL-SECURITY REASONS, AND TO ATTEMPT TO PREVENT MEMBERS OF THIS COURT AND COTNERS MURDERS, BEFORE THIS CASE CAN BE PROCESSED, OUT OF 10 KNOWN "KEY" DEFENDANTS ONLY (2) WILL BE LISTED HERE, AND THE MINNESOTA ONES NAMED LATER.

DEFENDANT TWO:

OKLA GOVERNOR MARY FALLIN, VISITING STATES, GOVERNMENT EMPLOYEES, MILITARY, COMMUNICATING PLANS, DETAILS AND IN CONSPIRACY WITH KNOWN AND UNKNOWN CO-DEFENDANTS, HAS AUTHORIZED, SANCTIONED AND ASSISTED DEFENDANT ONE, AND OTHERS IN THIS CASE, CAN BE SERVED AT THE OKLA. STATE CAPITOL, 2300 NORTH LINCOLN BLVD., OKLA. CITY, OKLA. 73105. HER TRAVEL RECORDS FOR LAST (2) YEARS, REVEALS A NUMBER OF TERRORIST AND ORGANIZED CRIME MEMBERS, SHE'S ACTIVE WITH IN THIS MATTER.

SEE

WWW.AMAZON.COM/TREASURE-SECRETS-OF-THE-C.I.A.-AND-MAFIA

VERIFIED TRUE BY WIKILINKS AND PABLO ESCOBAR SONS BOOK RELEASED LAST WEEK, AND OKC. FEDERAL JUDGES IN 2016.

ROBERT CAINE,
   v-   Petitioner

BASES HAVE BEEN PREPARED, DEVICES PLANTED, ONLY AWAITING A REMOTE CONTROL SIGNAL.

RAIL ROAD, PIPELINE, (GAS/OIL) AND WATER -AND- ELECTRIC FACILITIES HAVE TARGETED LOCATIONS ALREADY PICKED, AND DEVICES IN PLACE IN SAME.

FOR NATIONAL-SECURITY-REASONS AND to ATTEMPT to PREVENT COTNERS, AND FEDERAL EMPLOYEE'S MURDERS BEFORE THIS CASE CAN BE PROCESSED, 10 "KNOWN" DEFENDANTS WILL BE IDENTIFIED LATER.

DEFENDANT TWO -

GOVERNOR MARY FALLIN, ACTING IN HER VISITS to STATE AND GOVERNMENT AGENCIES, AND MILITARY, IN CONSPIRACY, WITH CO-DEFENDANTS, AND PERSONS IN MINNESOTA, AUTHORIZED, SANCTIONED, PROMOTED AND ASSISTED ALL OTHERS IN THIS CASE, AND CAN BE SERVED AT THE OKLA. STATE CAPITOL BLDG., 2300 N. LINCOLN BLVD., OKLA. CITY, OKLA. 73105, OR WHEN SHE VISITS MINNESOTA.

BECAUSE FEDERAL CRIMES HAVE BEEN AND ARE BEING COMMITTED IN THIS FEDERAL JUDICIAL DISTRICT THIS COURT HAS JURISDICTION.

RELIEF SOUGHT

(1) - COTNER HAS DONE HIS DUTY UNDER 18 U.F.C. § 1512.
(2) - A FEDERAL INVESTIGATION IS SOUGHT.
(3) - PROSECUTION OF DEFENDANTS AND THEIR AGENTS IS SOUGHT.
(4) - RECOVERY OF $2.9 BILLION DOLLARS OF FUNDS DEFRAUDED FROM THE U.S. GOVERNMENT that RIGHT NOW IS IN A BANK, EASILY RECOVERED, IS SOUGHT.
(5) - PREVENTION OF TERRIOST ATTACKS, MURDERS OF 3 FEDERAL JUDGES, FEDERAL EMPLOYEES, POLITICIANS AND FAMILIES IN-OR-FROM-MINNESOTA.
(6) - DISRUPTION AND SEAZURE OF POISON GAS, EXPLOSIVES, AND DRUGS ALREADY IN MINNESOTA, AND THAT ARE BEING DELIVERED.

SEE AFFIDAVIT FOR FORMA-PAUPERIS

VERIFICATION/CERTIFICATION

I, ROBERT COTNER, MAKES-THIS-DEATH-BED STATEMENT, AND UNDER PENALTIES OF PERJURY, VERIFIES THE ABOVE IS TRUE, AND CERTIFIES A COPY WAS MAILED ALL PARTIES.

DATED: 3/6/17

Robert Cotner

NOTE!
THIS CASE SHOULD NOT BE TRANSFERED TO AN OKLA. FEDERAL COURT.

ROBERT COTNER, #93780
J.H.C.C., A-2-120
P.O. BOX 548
LEXINGTON, OKLA.
73051

PAGE - THREE