# OKLAHOMA DEPARTMENT OF CORRECTIONS
## REQUEST FOR HEALTH SERVICES

 COPY

**TO BE COMPLETED BY OFFENDER**    Facility: _JHCC_    Date: _3/23/17_

Offender Name _Robert Cotner_    DOC # _93280_    Unit _A-2-120_

**I request the following service(s):** (Check appropriate box(es))

☐ Medical  ☒ Mental Health  ☐ Dental  ☐ Optometry (eye)  ☐ Medication Renewal
(expired medications only)

Reason for service: My cellmate is a violent mental patient who hears voices, killed his father. He keeps triggering my post-traumatic stress-disorder, causing my chest to hurt, then I must take nitro tabs to stop the pain. In 5 years he's not had a cellmate he has gotten along with. For attempting to notify law-enforcement of terroristic criminal acts about to take place, I was retaliated against and put in this cell.

I probably need to talk to someone about my P.T.S.D., (I don't want medication).

I understand that in accordance with operations memorandum OP-140117 entitled "Access to Health Care", I will be charged $4 for <u>each</u> medical service <u>I request</u> and a charge of $4 for <u>each</u> medication(s) dispensed to me, with the exceptions noted in the above-reference operations memorandum. There is <u>no charge</u> to the offender for mental health services and/or mental health medications.

Offender Signature _RC_    Date: _3/23/17_

**TO BE COMPLETED BY HEALTH SERVICES**

| Date Received | Initials |
|---|---|
|  |  |

Comment: _____

_____    _____
Qualified Health Care Professional         Date

**SCANNED**
MAR 3 1 2017
U.S. DISTRICT COURT ST. PAUL

**NOTE:** All "Keep on Person" (KOP's) medication refill requests must be submitted to the facility's health services unit or to the medical host facility, using the "Medication Refill Slip" (DOC 140130M). "Medication Refill Slips" must be submitted within ten days of the date the medication expires or runs out. "Medication Refill Slips" are readily available and accessible at designated locations within the facility.

DOC 140117A
(R 10/15)

JHCC Law Library

## Must Be Submitted Through the Law Library or Designee
## Inmate/Offender Grievance Process
### REQUEST TO STAFF

MAR 09 2017 Received

TO: MEDICAL SUPERVISOR MCDOUGAL   FACILITY/DIST/UNIT: J.H.C.C.   DATE: 3/9/17
(NAME AND TITLE OF STAFF MEMBER)   JHCC 6702   McDougal

I have ____ have not ✓ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do ____ do not ✓ have a grievance pending on this issue.
I affirm that I do ____ do not ✓ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request ____ does ✓ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered. Medical on Requests for Services said send Tap to you. Since 2011, I've had medical restrictions in my records, just renewed each year (A). No walking on wet or uneven surfaces, (B) Air-conditioning, (C) No frequent bending or stooping, (D) No excessive heat, cold or humidity, (E) No climbing ladders (F) No operating machinery, (G) Lower bunk, (H) Egg crate mattress, (I) No lifting 20 pounds, (J) No shoveling, mowing, raking or climbing. Since 2011, pursuant to 570.5, §507.6, housing on 1st bunk until the hole in my skull closes up, I fully recover from major brain surgery and 3 heart attacks.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.
Ms. Shaw and Ms. Webb, informed me 3/2/17, someone had removed all my medical housing restrictions, and my Post-traumatic-stress-disorder restrictions from my medical files.

Please see they are all placed back into my medical records. Thank you.

NAME: Robert Cotner   DOC NUMBER: 93780   UNIT & CELL NUMBER: A-2-120
(PRINT)
SIGNATURE: [signature]   WORK ASSIGNMENT: Medically unassigned for recovery from major brain-surgery and 3 heart-attacks. 570.5, §509.6

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:
Mr. Cotner, town lay staff do not have access to your medical file and nothing is removed from it. Your IHAP is provided to unit staff for housing purposes. In reviewing your last few IHAPs your restrictions have not changed much.

[signature]   3-19-17

STAFF MEMBER   DATE

Date response sent to inmate: 3-20-17
1. Original to file
2. Copy to inmate/offender   3-20-17

JHCC Law Library
MAR 20 2017
Received

DOC 090124D (R 9/16)