I, Alric Smith hereby swear under oath that I can help Robert Cotner prove every claim raised in the case this is attached to, Me my self have family hear in Okla. and in Corpus Christi, and all along the gulf coast mexican drug cartel and I know that the cartel makes weekly runs of shipmints to Okla. to be stored & shiped to other states including strit to mianesota when possible that thay then trade for gun's & Children witch is sold to Okla. law enforcement the guns go back to mexico local police, OSBI & state police are involved, The man I killed worked for them the same cops I saw bring warn little Sr. drugs are the same ones that arrested me mode me plead guilty also. They threatend me by saying thay wold go after my family & burned my house down not even 4 days after I was locked up. And now that im in hear I know that thay also said they gave Iliegals Okla. Ids so thay could access military Bases, and "scout out" for Children & easy target as thay could trade fake I.D. for real ones in other States I had no choie but to kill the man I did or he would have killed me now at this prison im at the unit manager Kasil fond out that I was the one that new that his son wearhouses drugs for the same cartel whier Kasil rapes young prisoners & has other inmates sell drugs for him. Kasil has made passes at me when I turnd him down he made my life a living hell in here. I have to make sher my famaly shat   verification

I Alric Smith #444521 verifies the above is True.
Dated 4/3/17    Alric Smith



CASE 0:17-cv-00748-DSD-TNL   Document 7   Filed 04/10/17   Page 2 of 2