IN THE U.S. COURT
DIST. OF MINNESOTA

SEALED
ROBERT COTNER, PETITIONER
-V-
SEALED,
                    RESPONDENT

NO: SC-17-0748-DSD-TNL - SEALED

RECEIVED BY MAIL

APR 10 2017

Clerk, U.S. District Court
Duluth, Minnesota

NOTICE AND EXPANTION
OF RECORD AND EVIDENCE

THE ATTACHED DOCUMENTS, SHOULD SUPPORT ALLOWING THIS CASE TO PROCEED, AND, (COTNER IS THE ONLY PERSON WITH A 2nd. NOTORIZED DOCUMENT, THAT CAN RESOLVE THE RUSSIAN - INTERFERATION WITH THE 2016 ELECTIONS QUESTIONS) - THIS COURT SHOULD CONDUCT AN IN-CAMERIA HEARING OUTSIDE THE 10th CIR. FEDERAL COURTS JURISDICTION, WHEREAS, ROBERT COTNER CAN BE POLYGRAPHED; (ISN'T IT STRANGE NO-ONE WANTS TO MAKE A DEAL FOR IT ALL TO GO AWAY?)

OR, HE CAN BE POLYGRAPHED AND VOICE STRESS ANILIZED, AT ANY COMMITTEE HEARING, OR GRAND JURY - PROCEDING -

VERIFICATION/CERTIFICATION

I, ROBERT EUGENE COTNER, A VIETNAM VETERAN, FORMER PRIVATE CONTRACTOR FOR THE F.B.I. IN THEIR COINTELPRO OPERATION, FOR THE C.I.A. IN THEIR MK-ULTRA AND CHAOS, PHONIX OPERATIONS, AS A SPECIAL OPS COVERT ASSET IN THE U.S. ARMY/C.I.A. AND OTHER PROJECTS, WHO RAN A 1,500 PERSON, PRIVATE, OFF-THE-BOOKS, SELF SUPPORTING, HUMAN INTELLIGENCE NETWORK FOR C.I.A'S JAMES JESUS ANGLETON, AND KEPT OPERATIVE IT AFTER HIS DEATH, THAT'S IN OPERATION TO DAY.

I AM A FORMER DEPUTY SHERIFF IN TULSA, OKLA. UNDER DAVE FAULKNER, AND CREEK COUNTY SHERIFF DEE ANAIS; A FORMER MEMBER OF THE OKLA. AND AMERICAN CORRECTIONAL ASSOCIATIONS FOR 9 YEARS, AND THE FRETERNAL ORDER OF POLICE. A PRIVATE INVESTIGATOR FOR 12 YEARS, INCORPORATED IN OKLA. IN 1986.

I HAVE (3) PUBLISHED BOOKS. I WORKED IN POLITICAL CAMPAIGNS FOR, AND DID INVESTIGATIVE WORK FOR, U.S. CONGRESSMAN JAMES R. JONES, U.S. SENATORS DEWEY BARTLET, HILLORY CLINTON, JIM INHOLF, U.S. SPEAKER OF THE HOUSE CARL ALBERT, AND OKLA. SENATORS MONKS, SHERIDAN, FINIS SMITH, JOHN YOUNG, HOWARD COTNER AND GENE STIPE.

I WAS A COMMON-LAW ATTORNEY, PRACTICING BEFORE THE CREEK INDIAN NATION TRIBAL COURT, MUSKOGEE COUNTY OKLA. JUDGE EDMONDSONS COURT, SAN DIEAGO, CAL. COURT, CAL. SUPREME COURT, AND I AM STILL A MEMBER OF THE LAWYERS GUILD IN SAN-FRANCISCO, AND THE UNITED STATES BAR ASSOCIATION.

I HAVE ACCESS AND ABILITY TO CONTROL THE 1,500 PERSON PRIVATE HUMAN INTELLIGENCE SELF SUPPORTING NETWORK, THAT HAS IN THE NEIGHBORHOOD OF 500,000 CONFIDENTIAL, DEEP-COVER ASSETS, NATION-WIDE, BUT I HAVE NO FUNDS, OR ACCESS TO ANY $ SEE: WWW.AMAZON.COM/TREASURE-SECRETS OF THE-C.I.A. AND MAFIA

WWW. AMAZON. COM/ SELF HELP - BONANZA - OF - SECRETS, "NO" FINDINGS OF FACT OR CONCLUSIONS OF LAW IN ANY COURT ORDER INVOLVING ANY OF MY FILINGS HAS NEVER FOUND THEM FRIVOLOUS, AND I NEVER GOT TO FACE MY ACCUSORS, DEFEND AGAINST THE ALIGATIONS, OR APPEAL ANY ORDER. I HAVE NEVER FILED A FRIVOLOUS CASE IN MY LIFE, IN ANY COURT.

UNDER PENALTIES OF PERJURY, I VERIFY THAT ABOVE TRUE, AND CERTIFY EVERY THING I HAVE ALLEGED IN THIS CASE, I CAN PROVE TRUE, IF THERE IS EVER A FEDERAL JUDGE OR PROSECUTOR THAT IS NOT AFFRAID TO ALLOW ME TO, IN COURT, OR IN CAMERIA HEARING OR BEFORE A FEDERAL GRAND - JURY.

Robert Cot.

DATED: 4/3/17      NOTE:

ROBERT COTNER, #93280
J.H.C.C, A-2-120
P.O. BOX 548
LEXINGTON, OKLA.
73051

ALL FEDERAL COMPUTER SYSTEMS IN THIS STATE HAVE BEEN INFECTED, AND NO KNOWN GOVERNMENT CURE CAN FIX IT, WITHOUT THE "ONE-TIME" CODE, BANK COMPUTERS ALSO, AS WELL AS MILITARY. IT'S BEEN THERE SINCE 2015? UNDETECTED?

SCANNED

APR 12 2017

U.S. DISTRICT COURT DULUTH



*103451478O*

**IN THE SUPREME COURT OF THE STATE OF OKLAHOMA**

FILED
SUPREME COURT
STATE OF OKLAHOMA

NOV 1 0 2016

MICHAEL S. RICHIE
CLERK

ROBERT COTNER )
)
    Petitioner/Appellant, )
)
v. ) No. 115,410
)
)
State of Oklahoma, )
)
    Respondent/Appellee. )

## ORDER OF DISQUALIFICATION

I hereby certify my disqualification in the above-styled matter this 10th

day of November, 2016.


_____
JAMES R. WINCHESTER
JUSTICE