IN the U.S. Dist. Court
Dist of Minnesota

Sealed,
—v—
Sealed,

No. SC-17-0748

**RECEIVED**
APR 19 2017
U.S. District Court
Chambers of Judge David S. Doty

Emergency — Request — to —
Judge — David S. Doty
short — version

The U.S. Security is MASSIVLY Breached — 8 A.M. 4/7/17 Robert Cotner, inside a State Prison, received details of a former U.S. Pentagon Official, retired 2 years ago, now working in a U.S. Post Office, at 21:35 P.M. 4/7/17, was picked up by U.S. Secret-Service Agents in Arkansaw, at his home, and flown to Washington, D.C. because of Trumps missel strike on Syeria the day before.

In addition, important legal documents were immediately placed in the prison mail to the White House, and 1:30 P.M., (See Attached) — returned, after prison mail-room staff, opened it, copied it, gave copies to members of a terriost group, plotting to over-throw the U.S. Government, and murder Trump, Spence, 3 Federal Judges, cause a U.S. Supream Court Judge to die from a heart attack, murder U.S. military, Federal Law Enforcement and others.

The mail to the White House, contained a coded message to Russa, from a spy in the U.S. to North Korea, from one of their agents, sent in a burst-transmittion, coded, and a short transcript of Okla. members of a terriost group financing their acts with cartel drugs, with over 75 bombs already-in-place, detailed in the "short" transcript, and containing a clue to the poison gas attack in the U.S. that already in place.

Request, have the clerk notify me if the last (5) letters I sent this court, with documents were received.

About 4/4/17, a top secret plane was flown under the radar out of Tinker Air-Force Base in Okla. City one hour before it passed over our prison, one prison employee was on a roof setting up to film it's test-run, 3 more were out in the yard each time the unmarked, grey, plane flew over on it's test runs. None used a device connected to the internet all used equipment that can not be monatored, or traced through N.S.A. or the internet (old-type Cameras) within 30 minutes of the last test-run, all 4 left the prison.

Request, this court's sealing this case is good, but something must be done real soon, or I will be dead. I would like to turn-over control of my 1,500 Person Private Human Intelligence Net Work to-some-one before it's too late. Some members are deep-cover, covert spys for other nations that have been in this country over 30 years, undetected "Sleepers". Minnesota has a chance, Federal employees there have a good chance, but that chance is getting shorter- daily.
—Okla- 4/10/17—
Respectfully,
Robert Cotner

cc
w o g by
prison staff
witness in
this case.

Notice:
4/7/17 - Tinker Airforce Base was closed down as terroist used a truck as a test-run at one gate, which they breached 2 others.

R.C. In there a pending Federal Case in Minnesota I could be written-to, to-testify-in?

Robert Cotner, #93780
J.H.C.C., A-2-120
P.O. Box 548
Lexington, Okla
73051

RECEIVED APR 20 2017 CLERK U.S. DISTRICT COURT MINNEAPOLIS MINNESOTA / SCANNED APR 20 2017