## Prohibited Correspondence Notification

DATE: April 7, 2017

TO: Cotner #93780

UNIT: _____

FACILITY: JHCC

FROM: Literary Review Committee

*[handwritten: Refuse to give names → A secret committee of utmost anti-government members]*

Correspondence has been received for you which has been found to violate the ODOC rules for correspondence (OP-030117). After a review, it was determined that the material is prohibited because it contains:

1. Material (on page/s _____) that is threatening because _____

2. Plans for escape/illegal activity (describe in general terms) _____

3. Instructions for the manufacturing of _____

4. Advocates (on page/s _____):
   - ☐ a. the overthrow of government
   - ☐ b. terrorism/hatred by

5. Written material that is obscene/indecent because a publication of critical resistance abolitionist spring 2017 has racial material that creates an unsafe environment for the inmates and staff, is prohibited per OP-030117.   *[handwritten: (A-Lin.) (5) other prisoners, all Black, were given their copies! I read them - why is only my copy rejected?]*

6. Visual representations of a sexual nature (describe in general terms) _____

7. Contains other unauthorized material correspondence (describe) _____

You may appeal this decision through the grievance process and final disposition of the material will result 30 days after the grievance is finally resolved; or you may:

1. Return the material to the sender at inmate expense;
2. Send the material home at inmate expense; or
3. Have the material destroyed.

Failure to inform the staff in writing of your choice within 15 days of receipt of this notice will result in the staff disposing of the material in accordance with established procedures.

Received _____   Date *4/7/17 - 8:30 a.m.*

**SCANNED APR 20 2017 U.S. DISTRICT COURT MPLS**

DOC 030117A (R 11/16)

*A*

ROBERT COTNER #93780
J.H.C.C., A-2-120
P.O. BOX 548
LEXINGTON, OKLA
73051

PRIVILEGED
MAIL — REQUESTING
BY THE WHITEHOUSE

RTS — Unauthorized

Rec'd 4/7/17 8:30 (w)

THE WHITE HOUSE
1600 PENNSYLVANIA AVE., N.W.
WASHINGTON, D.C.
20500

This correspondence is from an offender under the custody of the Oklahoma Department of Corrections (ODOC). For specific information about the offender sending this correspondence such as: offense, projected release date, photo, etc., refer to our website at www.doc.state.ok.us. Click on the "Offender Search" link or contact (405) 527-5683. Further, the facility is not responsible for the substance of content. Objectionable material may be returned to "the warden at Joseph Harp Correctional Center, P.O. Box 548, Lexington, OK 73051

# OKLAHOMA DEPARTMENT OF CORRECTIONS
## REQUEST FOR HEALTH SERVICES

COPY

**TO BE COMPLETED BY OFFENDER**

Facility: JHCC   Date: 4/9/17

Offender Name: ROBERT COTNER   DOC # 93780   Unit A-2-120

I request the following service(s): (Check appropriate box(s))

☒ Medical  ☐ Mental Health  ☐ Dental  ☐ Optometry (eye)  ☐ Medication Renewal (expired medications only)

Reason for service: I NEED AN OXYGEN MACHINE to BREATH At Night. There's A SMELL IN OUR CELL, 24/7 THAT is LIKE RAT PEE, STRONGEST IN EARLY MORNINGS, it WAKES ME UP WITH A HEADAKE, LUNGS AND EYES BURNING, INTERFERS with my CELMATES BREATHING, IF IT'S FROM MOUSE PEE, IT'S BLOWING HUNTINGSTON DIESEISE ON US, IF IT'S FROM ALUUUM ELECT WIPES, IT'S BLOWING toXIC FUMES, EATHER WAY STAFF AND MAINTENCE CANT FIX IT, SO I NEED A BREATHING MACHINE At NIGHT, FOR OVER A month NOW.

I understand that in accordance with operations memorandum OP-140117 entitled "Access to Health Care", I will be charged $4 for each medical service I request and a charge of $4 for each medication(s) dispensed to me, with the exceptions noted in the above-reference operations memorandum. There is no charge to the offender for mental health services and/or mental health medications.

Offender Signature: Robt Cot   Date: 4/9/17

**TO BE COMPLETED BY HEALTH SERVICES**

Date Received | Initials

Comment: _____

_____   _____
Qualified Health Care Professional   Date

**NOTE:** All "Keep on Person" (KOP's) medication refill requests must be submitted to the facility's health services unit or to the medical host facility, using the "Medication Refill Slip" (DOC 140130M). "Medication Refill Slips" must be submitted within ten days of the date the medication expires or runs out. "Medication Refill Slips" are readily available and accessible at designated locations within the facility.

DOC 140117A
(R 10/15)