IN THE MINNESOTA U.S. DIST. COURT

ROBERT COTNER, PLAINTIFF
-v-
UNKNOWN, et al, DEFENDANTS.

No. CV-17-748

RECEIVED BY MA
JUN 19 2017
Clerk, U.S. District Court
Duluth, Minnesota

MOTION TO DISMISS CHARGES
OR FOR A JURY TRIAL

This Court's 6/7/17 order, constitutes a false charge of Cotner's having filed frivolous actions in the past, as a basis to impose punishment upon him, without due process of law.

This court charged Cotner with that offense, but not one of the cases it cited contains a finding of fact, or conclusions of law, identifying what was frivolous, how it was, what testimony or evidence was presented to prove it was, or that Cotner was ever allowed to defend against such false charges, or appeal any case.

Petitioner submits U.S. Senator Orin Hatch, John McCain, both says 28 U.S.C. § 1915(e) — was never to be applied to this type of case.

This court violated 18 U.S.C. § 1512 and 42 U.S.C. § 1985 by refusing to notify local federal law enforcement of documents filed in this case (see 6/13/17 notice).

The constitution mandates a trial on the charge of filing frivolous cases, or this court dismiss those charges made public in it's 6/7/17 order.

Petitioner demands his right to a federal grand jury indictment and jury trial on this matter, or dismissal of charges.

Dated: 6/13/17

Certification of motion:
cc - Trump
cc - U.S. Dept. of Justice
cc - Homeland Security

R.C.

Submitted by
Robert Cotner, #93780
JHCC, A-2-120
P.O. Box 588
Lexington, Okla.
73051

SCANNED
JUN 19 2017
U.S. DISTRICT COURT DULUTH