```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
                  Civil No. 17-748(DSD/TNL)
```

Robert Cotner,

        Plaintiff,

v.                                              **ORDER**

Unknown and Known Terrorist
and Organized Crime Members
some listed herein,

        Defendants.

     This matter is before the court upon the objections by pro se plaintiff Robert Cotner to the August 4, 2017, report and recommendation of Magistrate Judge Tony N. Leung (R&R). The magistrate judge recommended that the court dismiss the action without prejudice for failure to prosecute and that Cotner's motion to dismiss be denied as moot. Cotner objects, arguing that the R&R is moot because he "dropped" the case two months ago.

     The court reviews the report and recommendation de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b). After a thorough review of the file and record, the court finds that the report and recommendation is well-reasoned and correct.

     Accordingly, **IT IS HEREBY ORDERED** that:

     1.   The objection [ECF No. 15] to the R&R is overruled;

     2.   The R&R [ECF No. 14] is adopted in its entirety;

     3.   The action is dismissed without prejudice for failure to prosecute; and

4. The motion to dismiss [ECF No. 12] is denied as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 22, 2017

s/David S. Doty  
David S. Doty, Judge  
United States District Court